RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 24 2021
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

Faith Chibugo Njoku
Plaintiff,

v

Case Number: 1:21-CV-0783

Wellspring Living
Defendant,

## Complaint for Violation

I was a PRN employee with Wellspring Living for 10 months. I have noted on my pay stubs that I was not paid for overtime hours that I worked. I also formally filed a complaint with the HR Manager on 12/06/20 regarding unsafe working conditions, workplace harassment and endangered child abuse/neglect by employees. I was not formally addressed and for that reason I had to surrender my employment during a COVID-19 pandemic.