04/20/21

United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 0 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibugo Njoku
Plaintiff,

v

Case Number: 1:21-cv-00783-MLB

Wellspring Living
Defendant,

### Amendment: Change of Address

On this day April 20th 2021, plaintiff request to amend case to include address change: 3200 Lenox Road C410 Atlanta GA 30324