04/20/21

United States District Court
for the
Northern District of Georgia
Atlanta Division



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 20 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibugo Njoku
Plaintiff,

v

Case Number: 1:21-CV-00783-MLB

WellSpring Living
Defendant,

## Motion To Consolidate

On this day April 20th 2021, plaintiff request to file a motion to consolidate case # 1:21-CV-01413-MLB for case in other court: Magistrate Court of Fulton County 21MS147625. Both cases are the same and plaintiff request Judge Brown's discernment on jurisdiction of case.